1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  KYLE A. LEWIS, State Bar No. 201041
   Supervising Deputy Attorney General
3  RYAN J. ZALESNY, State Bar No. 281999
   Deputy Attorney General
4    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013-1230
5    Telephone: (213) 269-6085
     Fax: (916) 761-3641
6    E-mail: Ryan.Zalesny@doj.ca.gov
   *Attorneys for Defendants F. Navarro, G. Marquez,*
7  *P. Camacho, and C. Nash*

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

| KEVIN PORTER,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICERS P. CAMACHO, et al.,<br><br>Defendants. | 2:22-cv-01123 DCJ KJN P<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE AND SERVE A RESPONSE TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:          Hon. Kendall J. Newman<br>Trial Date:    None Set<br>Action Filed: June 28, 2022 |
|---|---|

   Through their respective counsel of record, Plaintiff and Defendants Navarro, Marquez, Camacho, and Nash hereby stipulate and agree that the time in which Defendants may file and serve a response to Plaintiff's First Amended Complaint, currently due on April 14, 2023 (*see* Order, ECF No. 26 at ¶ 2), be extended by twenty-eight days, up to and including May 12, 2023. The parties request that the Court grant this stipulation and permit Defendants to file and serve a responsive pleading by that date.

   Defendants have not previously sought an extension of the deadline to file and serve a response to Plaintiff's First Amended Complaint.  The parties are engaging in informal discovery that may allow them to resolve this case before formal discovery begins and, due to the press of business in other matters, Defendants' counsel is unable to prepare, file, and serve a response to

Plaintiff's First Amended Complaint by the current deadline. The parties agree that a twenty-eight day extension of the deadline for Defendants to file and serve a response to Plaintiff's First Amended Complaint will allow the parties to fully explore the possibility of an early resolution of this matter and Defendants' counsel to prepare, file, and serve a response to Plaintiff's First Amended Complaint.

Dated: April 13, 2023

*/s/ Ben Rudin*
(as authorized on April 13, 2023)
BEN RUDIN
Attorney & Counselor at Law
*Attorney for Plaintiff*

Dated: April 13, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General


**/s/ Ryan Zalesny**
RYAN J. ZALESNY
Deputy Attorney General
*Attorneys for Defendants F. Navarro, G. Marquez, P. Camacho, and C. Nash*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation (ECF No. 28) is granted. Defendants shall respond to plaintiffs' first amended complaint by May 12, 2023.

Dated: April 18, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/port1123.eot