1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  KYLE A. LEWIS, State Bar No. 201041
   Supervising Deputy Attorney General
3  RYAN J. ZALESNY, State Bar No. 281999
   Deputy Attorney General
4   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013-1230
5   Telephone:  (213) 269-6085
    Fax:  (916) 761-3641
6   E-mail:  Ryan.Zalesny@doj.ca.gov
   *Attorneys for Defendants F. Navarro, G. Marquez,*
7  *P. Camacho, and C. Nash*

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                            SACRAMENTO DIVISION

| | |
|---|---|
| **KEVIN PORTER,**<br><br>                              Plaintiff,<br><br>v.<br><br>**CORRECTIONAL OFFICERS P. CAMACHO, et al.,**<br><br>                              Defendants. | 2:22-cv-01123 DCJ KJN P<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE AND SERVE A RESPONSE TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:          Hon. Kendall J. Newman<br>Trial Date:    None Set<br>Action Filed:  June 28, 2022 |

   Through their respective counsel of record, Plaintiff and Defendants Navarro, Marquez, Camacho, and Nash hereby stipulate and agree that the time in which Defendants may file and serve a response to Plaintiff's First Amended Complaint, currently due on May 12, 2023 (*see* Order, ECF No. 29 at p. 2), be extended by thirty days, up to and including June 11, 2023.  The parties request that the Court grant this stipulation and permit Defendants to file and serve a responsive pleading by that date.

   The parties previously stipulated to an extension of the deadline for Defendants to file and serve a response to Plaintiff's First Amended Complaint, which Plaintiff granted.  (Stipulation, ECF No. 28 at pp. 1-2.)  At that time, the parties were engaging in informal discovery that could allow them to resolve this case before formal discovery begins and, due to the press of business in

other matters, Defendants' counsel was unable to prepare, file, and serve a response to Plaintiff's First Amended Complaint by the deadline. (*Id.*)

    Since then, Defendants' counsel has submitted video evidence to Plaintiff's counsel to assist in the parties' potential settlement negotiations. The parties are in the process of scheduling a meet-and-confer with Plaintiff and counsel present, which involves coordination with the staff at Plaintiff's institution. In addition, the press of business in other matters will continue to prevent Defendants' counsel from preparing, filing, and serving a response to the First Amended Complaint by the current deadline. The parties agree that an additional thirty-day extension of the deadline for Defendants to file and serve a response to Plaintiff's First Amended Complaint will allow the parties to fully explore the possibility of an early resolution of this matter and Defendants' counsel to prepare, file, and serve a response to Plaintiff's First Amended Complaint.

Dated: May 12, 2023

*/s/ Ben Rudin*
(As authorized on May 12, 2023)
BEN RUDIN
Attorney & Counselor at Law
*Attorney for Plaintiff*

Dated: May 12, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General

*/s/ Ryan Zalesny*
RYAN J. ZALESNY
Deputy Attorney General
*Attorneys for Defendants F. Navarro, G. Marquez, P. Camacho, and C. Nash*

**ORDER**

Good cause appearing, the parties' stipulation (ECF No. 32) is granted. Defendants shall respond to plaintiff's first amended complaint by June 11, 2023.

Dated: May 16, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/port1123.ext