1. ROB BONTA, State Bar No. 202668
   Attorney General of California
2. KYLE A. LEWIS, State Bar No. 201041
   Supervising Deputy Attorney General
3. RYAN J. ZALESNY, State Bar No. 281999
   Deputy Attorney General
4.   300 South Spring Street, Suite 1702
     Los Angeles, CA  90013-1230
5.   Telephone: (213) 269-6085
     Fax: (916) 761-3641
6.   E-mail: Ryan.Zalesny@doj.ca.gov
   *Attorneys for Defendants F. Navarro, G. Marquez,*
7. *P. Camacho, and C. Nash*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEVIN PORTER,**<br><br>                              Plaintiff,<br><br>   v.<br><br>**CORRECTIONAL OFFICERS P. CAMACHO, et al.,**<br><br>                              Defendants. | 2:22-cv-01123 DCJ KJN P<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING JOINT REQUEST FOR A SETTLEMENT CONFERENCE AND A STAY OF THE DISCOVERY AND PRE-TRIAL MOTIONS DEADLINES**<br><br>Judge:   The Honorable Kendall J. Newman<br>Trial Date:   None Set<br>Action Filed:   June 28, 2022 |

**STIPULATION**

Through their respective counsel of record, Plaintiff and Defendants Navarro, Marquez, Camacho, and Nash hereby stipulate and agree to the following:

1. The parties attended a settlement conference before United States Magistrate Judge Claire on March 28, 2023.  At that time, the parties were not able to resolve this matter, but the parties agreed to continue settlement discussions informally;

2. Since the March 28, 2023 settlement conference, the parties exchanged information on an informal basis to facilitate settlement discussions and Defendants filed a responsive pleading;

1

3.   On July 25, 2023, the parties, including Plaintiff, met and conferred by videoconference regarding settlement. Due to delays caused by Plaintiff's incarceration and both counsels' schedules, July 25, 2023 was the earliest practicable date on which the parties could meet and confer. The parties did not reach settlement agreement on July 25, 2023, but the parties agreed that a second settlement conference would be beneficial. The parties also agreed to jointly request a stay of the discovery and pre-trial motions deadlines until after the second settlement conference;

4.   The parties jointly request that the Court order this case to a settlement conference to take place on **December 7, 2023 at 9:00 a.m. before United States Magistrate Judge Claire**. The parties cleared this date with Magistrate Judge Claire's Courtroom Deputy on August 4, 2023; and

5.   The parties jointly request that the Court stay all pending discovery deadlines and the pre-trial motions deadline until the settlement conference requested herein is complete.

**IT IS SO STIPULATED.**

Dated:  August 4, 2023

*/s/ Ben Rudin*

(as authorized on August 4, 2023)
BEN RUDIN
Attorney & Counselor at Law
*Attorney for Plaintiff*

Dated:  August 4, 2023                           Respectfully submitted,

ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General

***/s/ Ryan Zalesny***
RYAN J. ZALESNY
Deputy Attorney General
*Attorneys for Defendants F. Navarro, G. Marquez, P. Camacho, and C. Nash*

2

**ORDER**

Good cause appearing, the parties' stipulation is GRANTED. On August 4, 2023, Judge Claire ordered that the matter be set for settlement conference before her on December 7, 2023, at 9:00 a.m. (ECF No. 36.) All discovery deadlines and the pre-trial motions deadline are STAYED until the completion of the settlement conference.

Dated: August 9, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/port1123.sty