UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PORTER, | No. 2:22-cv-1123 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CORRECTIONAL OFFICERS P. CAMACHO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel.  On January 5, 2014, the parties filed a stipulation to extend the deadline to file dispositional documents to January 22, 2024.  Good cause appearing, the stipulation is approved.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation (ECF No. 44) is approved; and

2. The parties shall file dispositional documents on or before January 22, 2024.

Dated:  January 12, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/port1123.stip.ext

1